UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
Southern District

JILL CARUSO, Individually,                    :
                                              :
        Plaintiff,                            :
                                              :
v.                                            :   Case No. 1:11-cv-1156
                                              :
                                              :
UNITED HOSPITALITY, INC.                      :
                                              :
A Domestic Corporation                        :
                                              :
        Defendant.
_____/

/s/ Pete M. Monismith                    Eric C. Grimm
PETE M. MONISMITH                        Williams Hughes, PLLC
PETE M. MONISMITH, PC                    120 West Apple Avenue
3945 Forbes Avenue,                      P.O. Box 599
Suite #175                               Muskegon, MI 49443-0599
Pittsburg, Pennsylvania 15213            Ph. (231) 728-1111
Telephone: (724) 610-1881                ecgrimm@williamshugheslaw.com
Facsimile (412) 258-1309                 *Attorneys for Defendant*
Pete@monismithlaw.com
*Attorneys for Plaintiff*

## STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE

At a session of said Court, held in the U.S. District Court for the Western District of Michigan,
   On: _____June 26, 2012_____

_____ELLEN S. CARMODY_____
        PRESENT: Ellen S. Carmody
        United States Magistrate Judge

    The parties having stipulated to the entry of an Order dismissing the case with prejudice, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

      /s/ Ellen S. Carmody
Honorable Ellen S. Carmody
United States Magistrate Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal, With Prejudice.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburg, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>*Attorneys for Plaintiff*<br><br>Dated: June 21, 2012 | Eric C. Grimm<br>Williams Hughes, PLLC<br>120 West Apple Avenue<br>P.O. Box 599<br>Muskegon, MI 49443-0599<br>Ph. (231) 728-1111<br>ecgrimm@williamshugheslaw.com<br>*Attorneys for Defendant*<br><br>Dated: June 21, 2012 |